NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,**
*Plaintiff-Appellant,*

v.

**ENTERGY NUCLEAR INDIAN POINT 2, LLC,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2010-5154, -5155, -5157

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2622 and 04-CV-033, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

Consolidated Edison Company of New York, Inc., moves for a 30-day extension of time, until April 2, 2011, to file its opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Elaine J. Goldenberg, Esq.
     Alexander D. Tomaszczuk, Esq.
     Andrew P. Averbach, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2011

JAN HORBALY
CLERK